IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:18-cv-05174-AB

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __LAYNE E. KRUSE__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Texas | 11/06/1978 | 11742550 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| District of Columbia | 03/11/2016 | 1031130 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| SEE ATTACHMENT |  |  |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Jiffy Lube International, Inc.

_(Applicant's Signature)_

04/11/2019
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Norto Rose Fulbright US LLP

1301 McKinney, Suite 5100, Houston TX 77010-3095

Telephone: (713) 651-5151; Facsimile: (713) 651-5246

Sworn and subscribed before me this

11th Day of April, 2019

Notary Public

KATHY AKIN STEWART
Notary Public, State of Texas
Commission Expires
JULY 28, 2022
Notary ID # 388616-5

10/04

## LAYNE KRUSE COURT ADMISSIONS

| | |
|---|---|
| 02/19/91 | United States Supreme Court |
| 10/01/81 | United States Court of Appeals for the Fifth Circuit |
| 04/16/93 | United States Court of Appeals for the Ninth Circuit |
| 04/30/09 | United States Court of Appeals for the D.C. Circuit |
| 03/11/16 | District of Columbia |
| 03/29/82 | United States District Court for the Eastern District of Texas |
| 12/29/95 | United States District Court for the Northern District of Texas |
| 12/01/88 | United States District Court for the Western District of Texas |
| 12/31/85 | United States District Court for Southern District of Texas |
| 11/06/78 | Texas Supreme Court and all state courts in Texas |

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____LAYNE E. KRUSE____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Andrea L. D'Ambra | _[signature]_ | 10/18/2004 | 93385 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Norton Rose Fulbright US LLP

1301 Avenue of the Americas, New York, NY 10019-6022

(212) 318-3015

Sworn and subscribed before me this

18th Day of April, 2019

_[signature]_
Notary Public

LYNN PERDUE
Notary Public, State of New York
No. 01PE4853404
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Feb. 17, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR FUENTES, ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| ROYAL DUTCH SHELL PLC, ET AL. | : | |
| | : | NO.  2:18-cv-05174-AB |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___LAYNE E. KRUSE___ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

GEORGE W. SAMPSON, Seattle WA for plaintiff; JOHN A. YANCHUNIS, Tampa FL for plaintiff; KEVIN CLANCY BROWN, Philadelphia PA for plaintiff; and MICHAEL L. SHRAG, Oakland CA for plaintiff.

_____
Signature of Attorney

Andrea L. D'Ambra
Name of Attorney

Jiffy Lube International, Inc.
Name of Moving Party

4/18/19
Date

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR FUENTES, ET AL. | : | CIVIL ACTION |
| v. | : | |
| ROYAL DUTCH SHELL PLC, ET AL. | : | NO.  2:18-cv-05174-AB |

ORDER

AND NOW, this _____ Day of _____, 2019, it is hereby

ORDERED that the application of  LAYNE E. KRUSE  , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.