IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR FUENTES and CAYLA YOUNG, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ROYAL DUTCH SHELL PLC, SHELL OIL COMPANY, PENNZOIL-QUAKER STATE COMPANY and JIFFY LUBE INTERNATIONAL, INC.,<br>    Defendants. | Civil Action No.: 2:18-cv-05174-AB |

**PLAINTIFFS' UNCONTESTED MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANTS ROYAL DUTCH SHELL, SHELL OIL COMPANY, AND PENNZOIL-QUAKER STATE COMPANY FROM AMENDED COMPLAINT PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiffs Victor Fuentes and Cayla Young, individually and on behalf of all others similarly situated, request pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure that the Court dismiss without prejudice this action against defendants Royal Dutch Shell, Shell Oil Company, and Pennzoil-Quaker State Company. This request is filed before any of these defendants has pleaded any counterclaim. It is further requested that the caption is conformed to reflect the dismissal of these defendants.

Defendant Jiffy Lube International, Inc., which is the only defendant that has appeared, consents to this dismissal and change in caption.

1

Dated: May 18, 2020         Respectfully submitted,

*/s/ Michael L. Schrag*
Michael L. Schrag
*(admitted pro hac vice)*
mls@classlawgroup.com
Joshua J. Bloomfield
*(admitted pro hac vice)*
jjb@classlawgroup.com
George W. Sampson
*(admitted pro hac vice)*
gws@classlawgroup.com
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

John A. Yanchunis
jyanchunis@forthepeople.com
Florida Bar No. 324681
Marcio W. Valladares
mvalladares@forthepeople.com
Florida Bar No. 0986917
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 North Franklin Street,
Seventh Floor
Tampa, Florida 33602
Telephone: (813) 223-5505

Kevin Clancy Boylan
cboylan@forthepeople.com
Pennsylvania Bar No. 314117
**MORGAN & MORGAN**
1600 John F. Kennedy Blvd, Suite 900
Philadelphia, PA 19102
Telephone: (215) 446-9795

Catherine K. Smith
csmith@gustafsongluek.com
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Tel: (612) 333-8844
Fax: (612) 339-6622

Dennis Stewart
dstewart@gustafsongluek.com
**GUSTAFSON GLUEK PLLC**
600 B Street, 17th Floor
San Diego, CA 92101
Tel: (619) 595-3299

RICHARD M. PAUL III
*(admitted pro hac vice)*
Rick@PaulLLP.com
GEORGE R. BRAND
*(pro hac vice forthcoming)*
George@PaulLLP.com
**PAUL LLP**
601 Walnut, Suite 300
Kansas City, Missouri 664106
Telephone: (816) 984-8100
Facsimile: (816) 984-8101

*Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATE OF UNCONTESTED MOTION**

Pursuant to Local Rule 7.1(b), the undersigned hereby certifies that the foregoing motion to dismiss without prejudice defendants Royal Dutch Shell, Shell Oil Company, and Pennzoil-Quaker State Company pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure is uncontested by defendants Royal Dutch Shell, Shell Oil Company, Pennzoil-Quaker State Company, and Jiffy Lube International, Inc.

*/s/ Michael L. Schrag*

**CERTIFICATE OF SERVICE**

I certify that on May 18, 2020, I filed this document on the Court's docket using the Court's CM/ECF system. Based on the Court's records, all counsel of record were served with a copy of the foregoing document by electronic means.

<em>/s/ Michael L. Schrag</em>