# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR FUENTES, | : | |
| Plaintiff. | : | CIVIL ACTION |
| | : | No. 18-5174 |
| v. | : | |
| | : | |
| ROYAL DUTCH SHELL PLC, et al. | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 23rd day of June, 2020, it is **ORDERED** that Plaintiff's Motion to Dismiss Without Prejudice (ECF No. 55) is **GRANTED** as follows:

- Plaintiff's claims against the following Defendants are **DISMISSED** without prejudice: Royal Dutch Shell PLC; Shell Oil Company; and Pennzoil-Quaker State Company.

- The Clerk of Court is directed to amend the caption in this case to reflect the dismissal of the Defendants referenced in the prior bullet point.

    _s/ ANITA B. BRODY, J._____
    ANITA B. BRODY, J.

Copies **VIA ECF** on 06/23/2020