IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR FUENTES et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | No. 18-05174 |
| v. | : | |
| | : | |
| JIFFY LUBE INTERNATIONAL, INC., | : | |
| | : | |
| Defendant. | : | |

# **ORDER**

**AND NOW**, on this 7th day of December, 2021, upon consideration of the parties' joint letter filed December 6, 2021 (ECF No. 82), it is **ORDERED** as follows:

1. Pretrial timetable:

   - Plaintiff files Motion for Class Certification (including any supporting expert declarations): **March 25, 2022**.
   - Defendant files opposition to Motion for Class Certification (including any supporting expert declarations): **May 13, 2022**.
   - Plaintiff files reply in support of Motion for Class Certification (including any supporting expert declarations): **June 23, 2022**.
   - Conclusion of fact discovery: **July 22, 2022**.
   - Plaintiff serves merits expert reports: **August 5, 2022**.
   - Defendant serves merits expert reports: **September 2, 2022**.
   - Plaintiff serves merits rebuttal reports: **September 30, 2022**.
   - Conclusion of expert discovery: **October 28, 2022**.
   - Deadline for filing dispositive motions: **November 23, 2022**.
   - Opposition to any Motion for Summary Judgment: **January 13, 2023**.
   - Reply to any Motion for Summary Judgment: **February 17, 2023**.
   - After all dispositive motions have been decided or when no dispositive motions have been filed and the time for filing dispositive motions has elapsed, the parties will be given notice of a trial date, a Final Pretrial Conference, and deadlines for pretrial filings.

2. All summary judgment motions and responses must contain a statement of undisputed and disputed facts with citations to the record, including to the specific exhibit, page, and line number. A party is granted 21 days to file a response in opposition to a motion for summary judgment and 10 days to file any reply or surreply. Motions for leave to file a reply and surreply are not necessary because replies and surreplies are automatically allowed under Judge Brody's policies and procedures for Rule 56 motions.

3. Your case has been assigned to Law Clerk Alana Bevan (Alana_Bevan@paed.uscourts.gov).

4. Judge Brody's Policies and Procedures can be accessed via the United States District Court for the Eastern District of Pennsylvania's website at www.paed.uscourts.gov.

       __s/ANITA B. BRODY, J._____
       ANITA B. BRODY, J.

Copies **VIA ECF**

.