# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR FUENTES et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | No. 18-5174 |
| v. | : | |
| | : | |
| JIFFY LUBE INTERNATIONAL, INC., | : | |
| | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 23rd day of February, 2022, upon consideration of the parties' Notice of Agreement to Settle Class Action (ECF No. 84), it is **ORDERED** as follows:

1. All deadlines in this matter are stayed pending further order of the Court; and

2. The parties are directed to provide the Court with a joint status update **on or before April 8, 2022**.

                                                                          __s/ANITA B. BRODY, J.___
                                                                          ANITA B. BRODY, J.

Copies **VIA ECF**

.