# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VICTOR FUENTES,
    Plaintiff,

                                CIVIL ACTION
                                No. 18-5174

    v.

JIFFY LUBE INTERNATIONAL, INC.
    Defendant.

**March 15, 2023**                                                                          **Anita B. Brody, J.**

# ORDER

    **AND NOW**, this 15th day of March, 2023, it is **ORDERED** that the Motion to Intervene (ECF No. 94) is **GRANTED**.

    It is **FURTHER ORDERED** that the Intervenor must **on or before April 5, 2023** file a motion requesting that he become a class representative.


                                                       s/Anita B. Brody

                                                      _____

                                                      ANITA B. BRODY, J.


Copies **VIA ECF**