IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Victor Fuentes, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 18-5174 |
| v. | : | |
| | : | |
| Jiffy Lube International, Inc., | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 14th day of September, 2023, it is **ORDERED** that Defendant's Motion to Compel Arbitration (ECF No. 131) is **GRANTED**.

It is further **ORDERED** that Plaintiff-Intervenor's Motion to Appoint Interim Class Representative and Class Counsel (ECF No. 125) is **RESOLVED** as moot. Plaintiff-Intervenor's Letter Motion for Order Compelling Jiffy Lube to Produce Discovery (ECF No. 129) is **RESOLVED** as moot. Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 134) is **RESOLVED** as moot. Plaintiff-Intervenor's Motion for Leave to File Amended Complaint (ECF No. 144) is **RESOLVED** as moot.[1]

                                           _____s/ANITA B. BRODY, J._____
                                           ANITA B. BRODY, J.

Copies **VIA ECF**

---

[1] In a footnote of his reply brief, Jimenez urges the Court to consider his Motion for Leave to File Amended Complaint as a Motion to Intervene by Nathan Hernandez. ECF No. 148 at 4 n.1. The Court declines to do so. Mr. Hernandez has not filed a Motion to Intervene, and the parties have not had an opportunity to brief such a motion.