IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Victor Fuentes, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | No. 18-5174 |
| v. | : | |
| | : | |
| Jiffy Lube International, Inc., | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this 13th day of December, 2023, it is **ORDERED** that Nathan Hernandez's Motion to Intervene (ECF No. 157) is **DENIED**.

                                                            s/ANITA B. BRODY, J.
                                                             ANITA B. BRODY, J.