# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR FUENTES, individually and on behalf of all others similarly situated,<br>      PLAINTIFF, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br> NO. 2:18-CV-5174 |
| v. | | |
| JIFFY LUBE INT'L, INC., <br>      DEFENDANT. | | |

## ORDER

**AND NOW**, this 28TH day of May, 2024, it is **ORDERED** that Plaintiff's Motion for Final Approval of Settlement and Award of Attorney's Fees, Expenses, and Service Award (ECF No. 175) is **GRANTED**. Accordingly, the Court approves an award of $500,000 in attorneys' fees,$320,465 in reimbursement of litigation expenses, and $68,132 for settlement administration expenses. The Court also approves a service award for Plaintiff Victor Fuentes in the amount of $5,000.

    s/ANITA B. BRODY, J.
ANITA B. BRODY, J.